Date: 11/30/10    REC# #151416    CK #114    Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 114 Dated 11/30/10
Case Number 09-20949 - OGRIZEK, DALE L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602-1854 | 000007 | 246.82 | 4.80 |
| ---------- Remittance Total --------------- | | 246.82 | 4.80 |

*[signature]*
DAVIS, STEVEN S., Trustee

FILED 2010 DEC -1 AM 9:06 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND